

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

> Application granted. The time for the parties to file the Proposed JPTO is extended to and including April 4, 2022. The deadline for filing those items required under Rule 6(B) of this Court's Individual Practices remains unchanged.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 52.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          March 30, 2022

March 29, 2022

**By ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Bierce v. Schepperly, et al.*
Docket No.: 20 Civ. 320 (PMH) (AEK)
File No.: 200021

Your Honor:

    We represent Defendant James Schepperly. We write for all Defendants to ask for a brief extension of time for the parties to submit the Proposed Joint Pretrial Order—from Thursday, March 31, 2022 to Monday, April 4, 2022. This request is necessary to give us sufficient time to confer among ourselves and with Plaintiff's counsel and to complete the joint submission.

    This is our **first request** for an extension of this deadline, made necessary by an unusually high volume of depositions (including one tomorrow) and submissions due as we work our way out of the pandemic backlog.

    Plaintiff's counsel has not indicated whether Plaintiff consents to the request but stated he (counsel) would prefer to "timely file this." We share this sentiment, of course, but we believe it is not feasible to cooperatively complete the JPTO in the time remaining. The brief extension we request will not prejudice any party and will not delay the adjudication of this matter.

    Thank you for your consideration.

Respectfully submitted,
SOKOLOFF STERN LLP

Leo Dorfman

cc: All counsel of record (by ECF)