UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SCOTT BIERCE,

                      Plaintiff,                    **ORDER**

      -against-                              20-cv-320 (AEK)

JAMES SCHEPPERLY, *et al.*,

                      Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        As discussed at the status conference on April 21, 2022, the Court will request a September 12, 2022 trial date in accordance with SDNY COVID-19 trial scheduling protocols.

        Provided this trial date is confirmed, all pretrial submissions, including Defendants' pretrial memorandum of law and all parties' motions *in limine*, are due on August 2, 2022. Plaintiff's pretrial memorandum of law, and all parties' oppositions to any motions *in limine*, are on August 16, 2022. The parties should review Section 6 of the Court's Individual Practices at https://nysd.uscourts.gov/hon-andrew-e-krause for more information on the required pretrial submissions. A final pretrial conference is scheduled for Wednesday, August 31, 2022 at 10:00 a.m. in Courtroom 250, at the Hon. Charles L. Brieant Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601.

        Additionally, Defendants' request to reopen discovery on limited issue of damages, as set forth in ECF No. 59, is GRANTED. Plaintiff is directed to produce his tax returns for 2018

through 2022, and authorizations for his employment and/or union records, by April 29, 2022.

The deadline for the parties to complete this limited additional discovery is June 17, 2022.

Dated: April 22, 2022
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge