UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SCOTT BIERCE,

                      Plaintiff,                    **ORDER**

      -against-                              20-cv-320 (AEK)

JAMES SCHEPPERLY, *et al.*,

                      Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As discussed at the status conference on August 31, 2022, trial in this matter will proceed beginning January 9, 2023. Pretrial submissions, including Defendants' pretrial memorandum of law and any motions *in limine*, are due on November 30, 2022. Plaintiff's pretrial memorandum of law, and any opposition to motions *in limine*, is due on December 14, 2022. The parties should review the Court's Individual Practices at https://nysd.uscourts.gov/hon-andrew-e-krause for more information on the required pretrial submissions.

      A final pretrial conference is scheduled for Thursday, December 22, 2022 at 10:00 a.m. in Courtroom 250, at the Hon. Charles L. Brieant Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601.

Dated:  August 31, 2022
           White Plains, New York

                                                      **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge