UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SCOTT BIERCE,

                    Plaintiff,                    **ORDER**

        -against-                    20 Civ. 320 (AEK)

JAMES SCHEPPERLY and
TOWN OF FISHKILL,

                    Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has been informed that the parties have reached a settlement in principle in this matter.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order.  Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated: January 9, 2023
       White Plains, New York

                                       **SO ORDERED.**

                              _____
                                ANDREW E. KRAUSE
                                United States Magistrate Judge